# EXHIBIT A

RECEIVED JUN 0 4 2018

**03D02-1806-CT-003052**

## SUMMONS
### BARTHOLOMEW CIRCUIT COURT

W. RICHARD DEIWERT, JR.       )
      Plaintiff,                 )
                                 )
      VS.                       )       CAUSE NO. 03C01-1806-CT-_____
                                 )              03D02-1806-CT-003052
CIGNA INSURANCE,              )
      Defendant.                 )

### BARTHOLOMEW CIRCUIT COURT OF BARTHOLOMEW COUNTY

TO DEFENDANT:    Highest Ranking Officer for Cigna Insurance
ADDRESS:        Cigna Corporate Headquarters
                   900 Cottage Grove Rd.
                   Bloomfield, CT 06002

      You have been sued by the person(s) named "Plaintiff" in the court stated above.

      The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the petitioner has made against you.

      You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after your receive this summons, (You have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the petitioner has demanded.

      If you have a claim for relief against the petitioner arising from the same transaction or occurrence, you must assert it in your written answer.

      The following manner of service of summons is hereby designated:

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Date: June ____, 2018      6/1/2018

                                      Clerk of Circuit Court of Bartholomew County

*[SEAL: BARTHOLOMEW COUNTY SEAL INDIANA]*

Jerry J. Lux, Atty. #8954-73
Attorney for Petitioner
416 S. Harrison St., P.O. Box 718
Shelbyville, IN 46176
Telephone: 398-6687
Email: jerrylux@shelbylaw.com

**CERTIFIED MAIL TO BE SERVED BY COUNSEL FOR PLAINTIFF**

03D02-1806-CT-003052
Bartholomew Superior Court 2

Filed: 6/1/2018 11:52 AM
Clerk
Bartholomew County, Indiana

STATE OF INDIANA )  IN THE BARTHOLOMEW CIRCUIT COURT
 )SS:
COUNTY OF BARTHOLOMEW )  CAUSE NO. ___03D02-1806-CT-003052___

W. RICHARD DEIWERT, JR. )
    Plaintiff, )
 )
    vs. )
 )
CIGNA INSURANCE, )
    Defendant. )

## COMPLAINT FOR BREACH OF INSURANCE CONTRACT

Comes now, plaintiff, W. Richard Deiwert, Jr., for cause of action against Cigna Health Insurance and says:

1. That plaintiff was an employee of Fed Ex Express and retired from his employment.

2. As part of retiree benefits provided by Fed Ex Express was health insurance through the insurer Cigna Insurance Company.

3. That plaintiff signed for participation in Cigna Healthcare Plan which included coverage for plaintiff's wife, Dawn L. Deiwert.

4. That premiums for such coverage were deducted from Plaintiff's retirement benefits.

5. That between the dates of November 2014 and June 2017 Fed Ex Express withheld monthly payments from plaintiff retirement benefits and said sums were paid to defendant, Cigna. A total sum of $24,560.00 premiums were paid to defendant Cigna.

6. That certain provider medical services were paid by Cigna until Accent Cost Containment Solution ("Accent") enlisted by Cigna Healthcare Proclaim requested recovery of portions of claims which were already paid to Southern In Ortho Inc.; that thereupon defendant denied coverage claiming that plaintiff's wife had failed to

obtain Medicare coverage as a first responsible care coverage due to plaintiff's wife's disability determination.

7. That even though Cigna had received the contracted premiums for coverage without discount as secondary coverage to Medicare, defendant Cigna refused and declined to pay the provider for plaintiff's wife's medical procedure.

8. That plaintiff believes that Cigna has pre-authorized the request for services which was obtained by plaintiff's wife's provider.

9. Defendant Cigna has refused and declared to pay for the medical services required and incurred by plaintiff's wife from the provider Indiana Southern Orthopedics Group, LLC.

10. That Cigna's refusal constituted a breach of contractual liability to provide the medical coverage insurance in consideration of plaintiff's payment of the designated premiums.

Wherefore, plaintiff prays for judgment against defendant directing the defendant to pay and satisfy the claim submitted by Southern Indiana Orthopedics and for all other proper relief in the premises.

Respectfully submitted,

Jerry J. Lux, Attorney for Plaintiff

Jerry J. Lux, Atty. #8954-73
Brown, DePrez & Johnson
416 S. Harrison St.
Shelbyville, IN 46176
(317)398-0080
jerrylux@shelbylaw.com

**03D02-1806-CT-003052**
Bartholomew Superior Court 2

Filed: 6/1/2018 11:52 AM
Clerk
Bartholomew County, Indiana

| STATE OF INDIANA | ) | IN THE BARTHOLOMEW CIRCUIT COURT |
| | )SS: | 03D02-1806-CT-003052 |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. _____ |

|  |  |
| --- | --- |
| W. RICHARD DEIWERT, JR. | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CIGNA INSURANCE, | ) |
| Defendant. | ) |

### APPEARANCE FOR PLAINTIFF

1. Name of Plaintiff(s):  W. RICHARD DEIWERT, JR.

2. Defense Attorney Information (as applicable for service):

   Name: _Jerry J. Lux_____     Attorney No.: _#8954-73_____

   Address: 416 S. Harrison St._____     Phone:  (317) 398-6687_____

   P.O. Box 718_____     Fax:  (317) 398-6806_____

   Shelbyville, IN  46176_____     E-mail: jerrylux@shelbylaw.com

3. Will Plaintiff accept service by FAX: No

   _/s/ Jerry J. Lux_____
   Jerry J. Lux

Jerry J. Lux, #8954-73
Brown, DePrez & Johnson, P.A.
416 S. Harrison St.
P.O. Box 718
Shelbyville, IN  46176
(317) 398-6687