UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| W. RICHARD DEIWERT, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-01933-JRS-DLP ) |
| CIGNA INSURANCE, | ) ) |
| Defendant. | ) |

**Final Judgment**

For the reasons set forth in the Order signed this day, it is **ordered** and **adjudged** that Plaintiff W. Richard Deiwert, Jr., shall **take nothing** in this action, and Plaintiff's claims are **dismissed**. This is a **final judgment**.

Date: 6/10/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Scott B. Cockrum
LEWIS, BRISBOIS, BISGAARD & SMITH LLP
Scott.Cockrum@lewisbrisbois.com

Joshua Hillis
FEDERAL EXPRESS CORPORATION
joshua.hillis@fedex.com

Jennifer Jay Kalas
HINSHAW & CULBERTSON
jkalas@hinshawlaw.com

Jerry J. Lux
BROWN, DEPREZ & JOHNSON
jerrylux@shelbylaw.com

Daniel Keenan Ryan
HINSHAW & CULBERTSON LLP (Chicago)
dryan@hinshawlaw.com